# EXHIBIT B



# Printed Peached Holiday Leggings
## 95% Polyester / 5% Spandex
S - M - L
1 - 3 - 2

**Style# J5LES 0101**

