# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-335-193

**Effective Date of Registration:**
February 07, 2023
**Registration Decision Date:**
February 07, 2023

## Title

| | |
|---|---|
| **Title of Work:** | RP-343 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 30, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Just One LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Just One LLC |
| | 1410 Broadway, 3rd Floor, New York, NY, 10018, United States |

## Certification

| | |
|---|---|
| **Name:** | Patrick B. Monahan |
| **Date:** | February 07, 2023 |
| **Applicant's Tracking Number:** | 8809/019 |

| | |
|---|---|
| **Correspondence:** | Yes |