# EXHIBIT D

# White Mark Leggings Purchased from White Mark

