# EXHIBIT E

**FREE SHIPPING ON ALL ORDERS NATIONWIDE, <u>SUBSCRIBE HERE TO GET 15% OFF</u>**

*White Mark*®

🏠  <u>Home</u>  ❯  Women's One Size Fits Most Printed Leggings

Feedback



○ ○ ○ ○ ○

# Women's One Size Fits Most Printed Leggings

★★★★☆ 2 Reviews    💬 Ask a question                    Ask a Question

Pair these leggings with a top and any shoes for a simple, casual look. Made from a spandex and polyester blend, these leggings are comfortable and soft against the skin. Fits sizes 4-12, inseam 28'

SKU#:  210-Reindeer 1

**<u>Notify me when the price drops</u>**

✉  ♥                                                           SIZE CHART

<u>Details</u>                                                          ˄

Pair these leggings with a top and any shoes for a simple, casual look. Made from a spandex and polyester blend, these leggings are comfortable and soft against the skin.

Case 1:23-cv-07480-JPO    Document 1-5    Filed 08/23/23    Page 3 of 4

Fits size 4-12, inseam 28'

- Material: 90% Poly/ 10% Spandex
- Holiday print leggings
- Super soft
- Reindeer print

---

**More Information** ⌄

---

Powered by YOTPO.

---

★★★★½    2 Reviews

0 Questions \ 0 Answers

| ★★★★★ | (1) |
| ★★★★☆ | (1) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |

✎ WRITE A REVIEW

💬 ASK A QUESTION

**Reviews (2)**    Questions (0)

---

**R**    **Rosa P.**                                        03/12/22

★★★★★

**Fantastic Product**

These leggings are great. I got the black one and they fit perfectly. I would definitely recommend it.

↗ Share  |                    Was This Review Helpful?    👍 0    👎 0

---

**W**    **Winnifred S.**                                  03/12/22

★★★★☆

**Good leggings**

The first time they were too big but the material was decent for the price. plushy soft and stretchy. The fit is good and comfortable to wear.

↗ Share  |                    Was This Review Helpful?    👍 0    👎 0

---

## WE FOUND OTHER PRODUCTS YOU MIGHT LIKE!



Plus Si...        Wome...        Wome...        Bombe...

$45.00          $19.99          $19.99          $39.99



Plus Si...

$46.99

## INFORMATION

About us

Contact us

Shipping Policy

Return Policy

Privacy Policy

Blog

### WHOLESALE

### NEW STYLES EVERY MONTH

Discover the best outfits at White Mark Fashion! Latest missy, plus size, maternity and many more trends right at your fingertips.

### BE THE FIRST TO KNOW

Get all the latest information on Events, Sales and Offers.
Sign up for newsletter today.

Email Address          SUBSCRIBE



---

© White Mark Fashion. 2021. All Rights Reserved