# EXHIBIT F

**Eevee Leggings Purchased from Thread Habit Defendants**



**<u>Eevee Leggings Purchased from Bravada</u>**

