# EXHIBIT G

FREE U.S. SHIPPING ON ORDERS $75+ | SHOP NOW PAY LATER WITH SEZZLE

Log in  or  Create account



Cart

Search 🔍

FREE U.S. SHIPPING ON ORDERS $75+ | SHOP NOW PAY LATER WITH SEZZLE

☰ Menu

🛒 Cart



*Thread*
H A B I T

SHOP BY SIZE ⌄          FAREWELL SPRING SALE          WHAT'S NEW ⌄

COLLECTIONS ⌄       CLOTHING ⌄       ACCESSORIES ⌄       SHOES

SALE ⌄       MADE TO ORDER GRAPHICS       PRE-ORDERS

Home  ›  Buttery Soft Snowflakes + Reindeer Holiday Print Leggings













Get $10

★ Reviews

# Buttery Soft Snowflakes + Reindeer Holiday Print Leggings

## $20.00

or 4 interest-free payments of **$5.00** with ❤ sezzle ⓘ

Shipping calculated at checkout.

Case 1:23-cv-07480-JPO    Document 1-7    Filed 08/23/23    Page 8 of 15

Pay in 4 interest-free installments for orders over **$50.00** with  Learn more

Size

> OS Plus (14-22/24)                                                          ▲▼

Quantity

> 1                                                                            ▲▼

> ADD TO CART

> Buy with Pay

> More payment options

💖 You will fall in love with these super soft, stretchy leggings!! They feature an amazing high rise cut and how cute is the wintery snowflake + reindeer print for this Holiday season!

92% Polyester | 8% Spandex

Approximate Sizing: OS fits sizes 0-10/12 | OS Plus fits sizes 14-22/24

*Adrienne's Fit Notes: These are similar to our signature buttery soft leggings but do not have the wide yoga waistband. They are still a high rise cut and fit and feel amazing. Please check approximate sizing recommendation above.*

# Customer Reviews

No reviews yet Write a review

**Share this Product**

 Share    Tweet    Pin it

☆☆☆☆☆    Write a review

Be the first to write a review

## You may also like



**Buttery Soft Snowflake Print Leggings**

$20.00

Case 1:23-cv-07480-JPO     Document 1-7     Filed 08/23/23     Page 10 of 15



**Buttery Soft Solid Leggings - Burgundy**

$20.00



**Buttery Soft Solid Leggings - Charcoal**

$20.00



**Tie Dye Ponte Knit Pull-on Legging (Black)**

$26.00

## Links

Search

About Us

Contact Us

FAQ

How Sezzle Works

Share and Earn Credit!

Shipping

Size Chart

Returns & Exchanges

Reviews

Need Help?

**Follow Us**

   

**Newsletter**

Receive 15% Off your first order and gain exclusive early access to new arrivals, sales and more!

Your email

SUBSCRIBE

Your email                                    SUBSCRIBE

Copyright © 2023, Thread Habit. Powered by Shopify

          



WHOLESALE | FABRIC CARE | SIZE CHARTS |

🔍 SEARCH          GIFT CERTIFICATES | MY ACCOUNT  ♡ |

🛍 0 |

# World of Leggings®

ARRIVALS    LEGGINGS    PLUS SIZE LEGGINGS    EXTRA PLUS SIZE LEGGINGS    KIDS LEGGINGS    SPECIALTY LEGGINGS    ACTIVEWEAR

BOTTOMS    BASICS    TOPS    DRESSES    HANDBAGS    FACE MASKS

Home  ›  Arrivals  ›  Buttery Soft Snowflakes And Reindeer Christmas Leggings

## CATEGORIES

**ARRIVALS** ⌄

**LEGGINGS** ⌄

**PLUS SIZE LEGGINGS** ⌄

**EXTRA PLUS SIZE LEGGINGS**

**KIDS LEGGINGS**

**SPECIALTY LEGGINGS** ⌄

**ACTIVEWEAR** ⌄

**BOTTOMS** ⌄

**BASICS** ⌄

**TOPS** ⌄

**DRESSES** ⌄

**HANDBAGS**

**FACE MASKS** ⌄

## FEATURED PRODUCTS



**Buttery Soft Basic Solid Plus Size Leggings - EEVEE - 3 Inch**

### $20.95

 +8

CHOOSE OPTIONS



# BUTTERY SOFT SNOWFLAKES AND REINDEER CHRISTMAS LEGGINGS

☆☆☆☆☆    NO REVIEWS    WRITE A REVIEW

## $19.95

SKU:   REG-FULL-LD011-Reindeer-OSReg

---

- **Free Shipping on Orders Over $40** (USA Only)
- Ships Within 30 Minutes if Placed By 2:00 PST (Some Restrictions Apply)
- Ships from our Los Angeles Warehouse

---

| Size: * | Color: * |
|---|---|
| One Size Regular | 🟥 |

**Quantity:**

−  1  +

**ADD TO CART**

❤ ADD TO WISH LIST

---

DESCRIPTION    CUSTOMER REVIEW

Our Buttery Soft Snowflakes and Reindeer Christmas Extra Plus Size Leggings are like a cute holiday sweater for your legs. With an adorably festive design, these reindeer and snowflake print banded leggings will become your favorite Christmas season leg fashion staple. You'll love the comfort, flattering fit, and cute design that is perfect for anything from a casual day of holiday shopping to a fabulous Christmas party.

- **Imported**
- **Ideal for Sizes 0 - 10 (12 depending on body type)**
- **All Over Reindeer and Snowflake Fabric Design**
- **Ideal for Quick and Easy Outfits**
- **Full Length with Elastic Waist**
- **Super Soft Brushed Milk Silk Fabric**
- **92% Polyester 8% Spandex**
- **This model is wearing size ONE SIZE**
- **Measurements are 32B x 23 x 34 and height is 5' 8"**
- **Hand Wash, Professional Cleaning**
- **EEVEE**

❓ Have Questions? Ask an Experts

f  ✉  🖶  🐦  📌

Get Discount

## RELATED PRODUCTS

### Buttery Soft Icy Blue Christmas Reindeer Leggings

**$19.95**

### Buttery Soft Snowflakes and Reindeer Christmas Plus Size Leggings

**$20.95**

### Buttery Soft Snowflakes and Reindeer Christmas Extra Plus Size Leggings - 3X-5X

**$22.95**

Buttery S...
Sn...

---

**SHOP**

ARRIVALS
LEGGINGS
PLUS SIZE LEGGINGS
EXTRA PLUS SIZE LEGGINGS
KIDS LEGGINGS
SPECIALTY LEGGINGS
ACTIVEWEAR
BOTTOMS
BASICS
TOPS
DRESSES
HANDBAGS
FACE MASKS
LOOKBOOK

**CUSTOMER SERVICE**

SHIPPING
EXCHANGES
RETURNS
CUSTOMER SERVICE
MAKING CHANGES TO YOUR ORDER
TERMS AND CONDITIONS
PRIVACY POLICY
SITEMAP
XML SITEMAP
SIZE CHART

**INFORMATION**

CREAMY SOFT LEGGINGS
WORLD OF LEGGINGS CEO
ABOUT US
GIFT CERTIFICATES
SITE MAP
CONTACT US
WHOLESALE LEGGINGS
USA FASHION

**STAY CONNECTED**

**Newsletter Sign Up**

Your e...    | **SUBMIT** |



0.0 ★★★★★
No rating available



**BUTTERY SOFT SNOWFLAKES AND REINDEER CHRISTMAS LEGGINGS**
**$19.95**

−  1  +    **CHOOSE OPTION**