

# EXHIBIT H

