# EXHIBIT I

Visual Merchandisi... | Take Test: Worksho... | OhGizmo! Review:... | swiss waist - Googl... | Add to The Knot | Property | Interim Guidance fo... | Guide for Employer...

Free Shipping on Thousands of Deals!

JANE

Search for anything...

Sign In

Womens   Shoes   Jewelry & Accessories   Home   Kids & Baby   More

Sale   Sneak Peeks   Coll

5" Flat Waist Holiday Leggings

$8.98 $39.99

(39 reviews)

or 4 interest-free payments of $2.25 with **Klarna.** ⓘ

FREE SHIPPING

Seller usually ships within 24 hours.

Size ⌄

Style
Style 6 ⌄

1   ADD TO BAG

BUY NOW



style 13

70% Off or More

style 10   style 11   style 12   style 13   style 14

### FIT & DETAILS

- Model is 5'7" (size 2) wearing the regular size
- Fitted, elastic high waist, ankle length
- 92% polyester, 8% spandex
- Please see size description

Read More

3:47 PM
6/7/2023