# EXHIBIT J

**White Mark Leggings Purchased from Kohl's Defendants**

