# EXHIBIT K

**Free shipping** with **$49** purchase. details    **Join Kohl's Rewards**® & start earning rewards today. details    **Get 15% off** when you sign up for emails. details

**KOHL'S**

What are you looking for today?

Sign-In

0
$0.00

☰ Shop by Category        ★ My Store: Jersey City                    ⊜ Kohl's Card        ⑤ Kohl's Coupons        ⑦ Help

Compare at 2 Stores

Womens    Clothing    Bottoms    Pants    White Mark

# Women's White Mark Holiday Print Leggings

by White Mark

★★★★☆    3.9 (13)    Write a review    Ask a question

Save 35% upon approval of a Kohl's Card*  ⌄

## $36.00

Color: **Black White Red**

1  +        ADD TO CART

**WARNING: CHOKING HAZARD**
SMALL PARTS. NOT FOR
CHILDREN UNDER 3 YRS.

Not Available for pickup                🏛

Ship to Me
Free W/ $49 Purchase                   🚚

Feedback

## Product Details

Get in the holiday spirit with these women's White Mark leggings.

Click on this WOMEN'S GUIDE to find the perfect fit and more!

PRODUCT FEATURES
- Holiday print

FIT & SIZING

more

## Sizing