# EXHIBIT L

**<u>White Mark Leggings Purchased from Belk</u>**

