# EXHIBIT M

Case 1:23-cv-07480-JPO Document 1-13 Filed 08/28/23 Page 2 of 4

What can we help you find? 🔍

White Mark

# Women's One Size Fits Most Printed Leggings

UPC: 0691208074162

★★★★☆ (25) | Write a Review









● ○ ○ ○ ○

Compare at 3 Stores

## $30.00

**$21.00** after coupon

☐ Add 30% coupon SUMMERSUN

Ends 6/4 Details

or 4 interest-free payments of **$5.25** with afterpay ⓘ

**Not a cardholder?** See if you Prequalify  Apply Today

**Color:**  Black/White/Red

Case 1:23-cv-07480-JPO    Document 1-13    Filed 08/28/23    Page 3 of 4



**Size:**

One Size ∨

Quantity

−  1  +

+ Add to Registry

+ Add to Wish List

🚚 Not eligible for Same Day Delivery ⓘ to 10016 ∨

**How to get it**

◉ **Ship It - FREE @ $75**
In stock.

◯ **FREE Store Pickup Tomorrow** Find A Store ∨

**Description**                                                    ∧

Pair these leggings from White Mark with a top and any shoes for a simple, casual look. Made from a spandex and polyester blend, these leggings are comfortable and soft against the skin.

**Product Details**
• Elastic waistband
• Unlined
• Slim fit
• Skinny leg
• Imported

**Product Specifications**
• Fits sizes 4-12
• 28 in Inseam

**Material & Care**
• Polyester, spandex
• Machine washable

Case 1:23-cv-07480-JPO Document 1-13 Filed 08/28/23 Page 4 of 4

## Shipping & Returns

## Reviews

Compare
at 3 Stores