# EXHIBIT N

**White Mark Leggings Purchased from JCPenney Defendants**

