# EXHIBIT O

**FREE DELIVERY**
on Furniture + Mattresses! Details

JCPenney

What can we help you find?

Newport Ctr
Jersey City, NJ

My Account
Sign In

| Father's Day | Trending Now | Home & Lifestyle | Women | Men | Young Adult | Baby & Kids | Shoes & Accessories | Jewelry | Beauty & Salon | Inspiration | Sale |

Women  >  Back To Leggings

**You May Also Like**



$17.99
*BEST VALUE!*

$19.99
*BEST VALUE!*

$19.99
*BEST VALUE!*

Feedback



★★★☆☆  8 Reviews  Ask a Question          8750142

**Color** - Blk Wht Red

**Size**          Size Chart

One Size Fits Most

**White Mark Women's One Size Fits Most Printed Leggings**

Shop all White Mark

*BEST VALUE!*

**$17.99**

🚚 **Ship to Home or Store**
Get it Tuesday, Jun 6th
Online only

1 ▾

Add to Cart

## Description

Pair these leggings with a top and any shoes for a simple, casual look. Made from a spandex and polyester blend, these leggings are comfortable and soft against the skin.

- One size fits most Misses Sizes 2-10
- Inseam: 28"
- Features: Stretch Fabric
- Fiber Content: 90% Polyester, 10% Spandex
- Care: Hand Wash
- Country of Origin: Imported

## Shipping & Returns

🚚 **Convenient Shipping Options**
Not available at your store? We can ship to you directly or to your favorite JCP location.

↩ **Easy Returns**
Shop with confidence. Read our full, common sense returns policy.

White Mark Size Chart

**Reviews  (8)**  ★★★☆☆                    +

**Questions & Answers**

**You May Also Like**

