# EXHIBIT P

**White Mark Leggings Purchased From Super**

