# EXHIBIT Q



🔍  Search deals

🛒  ☰

  Everyday low price deals for everyone

SuperShop  ❯  Fashion  ❯  Clothing



○ ○ ○ ○ ○ ○ ○ ○ ○ ○

🏷 **Save 52%**

# Women's Plus Size Everyday Leggings by White Mark 3 Pack

**Free US Shipping**

  Save 5% more on this product with SuperCash!    →

Color

| Blk/Wht/Red, Black/White    ⌄ |
|---|

**$23.99**
~~$49.99~~

**ADD TO CART**        BUY NOW

Case 1:23-cv-07480-JPO   Document 1-17   Filed 08/23/23   Page 3 of 6



○ Include **2 Year Product Replacement under 30.00 (ACC)** for $5.99

◉ No Thanks

**Fast & Free Shipping**

No shipping fees for most US orders.

**30-Day Money Back Guarantee**

Didn't like your order? We'll take care of it.

**Everyday Low Price Deals**

Every day is like Black Friday.

**Shipped from the United States**

All orders shipped to you come from the US.

**Description**    Model    Brand    What you get    Packaging    Condition    Warranty

## Description

These cofortable leggings can be worn in a variety of ways, with an oversized shirt, on their own, under a dress, and more. They're stretchy to mold to your curves and have a comfortable waistband.

Mid Rise    Slim Fit    True Plus

Show more

## Compare Similar Items

View All

**$23.99**

~~$49.99~~





   

**Women's Basic Solid Color...**

~~$34.99~~

# $13.99

**Women's Basic Solid Color...**

~~$49.99~~

# $20.99

**Women's Winter Warm Thick Fur...**

~~$135.99~~

# $30.99

**ToBeInStyle Women's Floral...**

~~$27.99~~

# $21.99

## More From This Brand

View All

   

**White Mark Women's...**

~~$59.99~~

# $26.99

**Women's Plus Size One Fits...**

~~$34.99~~

# $12.99

**Women's One Size Fits All...**

~~$34.99~~

# $12.99

**Women's Plus Size Apolline...**

~~$129.99~~

# $30.99

## Recently Viewed

View All

# $23.99

~~$49.99~~

Case 1:23-cv-07480-JPO   Document 1-17   Filed 08/23/23   Page 5 of 6



## Get 5% cashback on all orders today.

You can have access to even cheaper products with the SuperCash card. Get started today!

**GET STARTED**

## New Daily Deals

View All

## See What Our Customers Say

**$23.99**

~~$49.99~~

Case 1:23-cv-07480-JPO   Document 1-17   Filed 08/23/23   Page 6 of 6



Based on **28,282 reviews**

★ Trustpilot

*Terms Apply

## Let Us Help

Help Center
Contact Us

## Information

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy
Coupons

## Shop With Us

Search
Shopping Cart
Order Lookup

⚡ SUPER | Shop

## Subscribe for Exclusive Deals & Offers!

| Your Email Address | Subscribe |

Find the best deals online for cell phones, apparel, computers, home goods and everything in between. We add new deals on our site every day on popular and new products. Whether you're looking for fun finds, discounts on designer brands or everyday essentials SuperShop will deliver the steal right to you.

## $23.99
~~$49.99~~