# EXHIBIT R

**White Mark Leggings Purchased from Amazon**

