# EXHIBIT S

5/30/23, 4:29 PM

white mark Women's Holiday Reindeer & Snowflake Printed Leggings in Black Red & White - Plus Size at Amazon Women's Clot…

Case 1:23-cv-07480-JPO  Document 1-19  Filed 08/23/23  Page 2 of 6

Hello
Select your address

All

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Sign in

New customer? Start here.

All   Clinic   Best Sellers   Customer Service   Amazon Basics   New Releases   Prime   Today's Deals   Music   gifts

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Our Brands

Clothing, Shoes & Jewelry › Women › Clothing › Leggings

# white mark Women's Holiday Reindeer & Snowflake Printed Leggings - Regular & Plus Size



Visit the white mark Store

4.5                    26 ratings

$18.00

FREE Returns

**Fit:** True to size. Order usual size.

Size:

One Size Plus

Color: Red White Black



Size Chart

- Hand Wash Only
- Features: Holiday Legging, Unique Print, Full Length, Mid Rise, Slim fit, Soft Comfortable Premium Fabric
- Fabric: Polyester 90% / Spandex 10% , Premium Selected Fabric of High Quality, Super Soft, Stretchy and Lightweight, very soft to touch and wear
- Style: Great to Wear for Casual, yoga, Pilates, Dancers, Workout, Lounging, and every day errands. Pair with Tunic Top or Jacket and heels for a dressy look
- Garment Care: Wash with cold water. Hang dry. Do not bleach. Do not tumble dry
- Please check your measurements to make sure the item fits before ordering. Due to the light and screen difference, the item's color may be slightly different from the pictures.

$18.00

FREE Returns

FREE delivery **June 5 - 7**. Order within **23 hrs 30 mins**. Details

Select delivery location

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment        Secure transaction
Ships from      White Mark Universal, Inc.
Sold by         White Mark Universal, Inc.
Returns         Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List



**NELEUS Women's Yoga Leggings Tummy Control Workout Running…**

⭐⭐⭐⭐⭐ 3,068

$22.86 ✓prime

Sponsored



**Butt Lifting Leggings & Sports Bra for Women**

$19.88 ✓prime

Sponsored

Case 1:23-cv-07480-JPO   Document 1-19   Filed 08/23/23   Page 3 of 6

## More items you may like in apparel

    

white mark Women's Fashion Printed Leggings - Regular & Plus Size
73
$18.00
Get it **Jun 5 - 7**
FREE Shipping

white mark Women's Winter Snowflake Printed Leggings - Regular & Plus Size
6
$18.00
Get it **Jun 5 - 7**
FREE Shipping

white mark Women's Super Soft Tropical Printed Leggings
$18.00
Get it **Jun 5 - 7**
FREE Shipping

white mark Women's Plus Size Floral Paisley Palazzo Pants
$25.99
Get it **Jun 5 - 7**
FREE Shipping

white mark Women's Floral Paisley Palazzo Pants
$25.99
Get it **Jun 5 - 7**
FREE Shipping

Wor
Swe
Wai
Win
Swe
Con
1 of

## Product Description

**Printed Full Length Leggings**
**Brand Name:**White Mark
**Material:** Polyester
**Product Features:**
Features: Printed Holiday Legging, Full Length, Mid Rise, Slim fit, Soft Comfortable Premium Fabric
Fabric: Polyester 90% Spandex 10%, Premium Selected Fabric of High Quality, Super Soft, Stretchy and Lightweight, very soft to touch and wear
Style: Great to Wear for Casual, yoga, Pilates, Dancers, Workout, Lounging, and every day errands. Pair with Tunic Top or Jacket and heels for a dressy look.
Garment Care: Wash with cold water. Hang dry. Do not bleach. Do not tumble dry
**Please refer to below size chart(inches)before purchasing:**
Size Information
Regular: 4-12, Inseam 24"
Plus: 14-24, Inseam 24"
we are dedicated to providing best quality product and good customer service!
*All items are individually measured by the White Mark Team.
*Take all measurements from the outside with the garment lying flat.
*Colors may appear slightly different via website due to computer picture resolution and monitor settings.

## Product details

**Department  :**  Womens

**Date First Available  :**  August 29, 2018

**ASIN  :**  B07GXZC6LX

**Best Sellers Rank:** #2,599,390 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#5,338 in Women's Leggings

**Customer Reviews:** 4.5          26 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored ⓘ

5/30/23, 4:29 PM

Case 1:23-cv-07480-JPO   Document 1-19   Filed 08/23/23   Page 4 of 6

White-Mark Women's Holiday Reindeer & Snowflake Printed Leggings in Black, Red & White - Plus Size | Amazon Women's Clot…







InterestPrint Pumpkin Women's High Waist Leggings with Pockets Elasticity Leggings …

$27.59

InterestPrint Two Cheerful Snowman Leisure Leggings Workout Yoga Pants…

$27.59

InterestPrint Palm Trees,Beach and Ocean Style Women's 80s Leggings Soft High…

$27.59

InterestPrint Happy Easter Workout Yoga Pants, Leggings with Pockets for Women XXS

$27.59

InterestPrint Luck Leaf Three and Four Leaves High Waist Leggings with Pockets Legg…

$27.59



### NELEUS Women's Yoga Leggings Tummy Control Workout Running Pants

★★★★⯪ 3,068

$22$^{86}$ ✓prime

<small>Sponsored</small>

## Looking for specific info?

See questions and answers ›

## Customer reviews

### 4.5 out of 5

26 global ratings

| 5 star | | 69% |
| 4 star | | 16% |

Top reviews

## Top reviews from the United States

   conrad

**Soft**

| | |
|---|---|
| 3 star | 15% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How customer reviews and ratings work

Sponsored

Reviewed in the United States on November 23, 2021

Size: One Size Plus        Color: White Grey Black        **Verified Purchase**

I'm happy with them.

Helpful        Report

Dave R.

**Fun for the holidays, but don't expect to use them for years**

Reviewed in the United States on December 19, 2018

Size: One Size Plus      Color: Black White      **Verified Purchase**      **Early Reviewer Rewards**    (What's this?)

Very festive and fun, but not built to last. Fair for the price.

One person found this helpful

Helpful        Report

Amazon Customer

**Great Purchase and Comfy**

Reviewed in the United States on November 26, 2018

Size: One Size Plus      Color: Baby Blue White

Fits great!

2 people found this helpful

Helpful        Report

See all reviews ›

**NELEUS Women's Yoga Leggings Tummy Control Workout Running Pants**
★★★★⯪ 3,068
$22⁸⁶ ✓prime

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Visa | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | |
| | | Shop with Points | |

Case 1:23-cv-07480-JRC Document 1-19 Filed 08/23/23 Page 6 of 6

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

English   United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates