# EXHIBIT T

**White Mark Leggings Purchased from Walmart Defendants**

