# EXHIBIT U

Case 1:23-cv-07480-JPO   Document 1-21   Filed 08/23/23   Page 2 of 6

Walmart  **Ship free, no order min***  Learn more

Sponsored

Price when purchased online  ⓘ

Add to cart

**Color:** Blk/Wht/Red                                    Edit selections

**Clothing Size:** One Size       Size guide

🚚  Shipping, **arrives by Fri, Jun 9** to New York, 10016
    **Want it faster?** Add an address to see options

✳️  Sold and shipped by Walmart.com

🔄  Free 90-day returns  Details







Roll over image to zoom in

🔍

    

Case 1:23-cv-07480-JPO    Document 1-21    Filed 08/23/23    Page 3 of 6

**$18.00** $29.24

White Mark Women's Plus Size Super Soft Camo Print Leggings

★★★☆☆ 2

3+ day shipping

**From $15.99** $29.24

White Mark Women's Plus Size Super Soft Heart Print Leggings

3+ day shipping

**From $35.17**

White Mark Women's Plus Size Sup

3+ day shipping

## About this item

### Product details                                                          ⌄

**Pair these leggings with a top and any shoes for a simple, casual look. Made from a spandex and polyester blend, these leggings are comfortable and soft against the skin. Best fit 12-31**

- Super Soft
- One Size Fits Most
- Printed

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications                                                           ⌄

**Features**
Super Soft

**Country of Origin - Textiles**
Imported

**Size**
Plus Size

**Fabric Content**
10.00% Spandex, 90.00% Polyester

**Brand**
White Mark

**Gender**
Female

**Model**
PS210-189

### Directions                                                              ⌄

**Fabric Care Instructions**
Hand Wash; Hang Dry

💬   Report incorrect product information

Best seller

Best seller

5/30/23, 4:40 PM
Case 1:23-cv-07480-JPC    Document 1-21    Filed 08/23/23    Page 4 of 6
White Mark Women's Plus Size Holiday Printed Leggings - Walmart.com



+18

$12.98

+2

$1798

Sponsored

$12.94

 **Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more







**$25.08**

Woman Within Women's Plus Size Petite Stretch Cotton Printed Legging Legging

3+ day shipping

**$25.04**

Woman Within Women's Plus Size Stretch Cotton Legging Legging

3+ day shipping

**$25.08**

Woman Within Women's Plus Size Legging Legging

★★★★½ 1616

3+ day shipping

# 4.3 out of 5

★★★★½ (6 reviews)

| 5 stars | 5 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

See all reviews    Write a review



★★★★★                                    12/24/2021

I wasn't for sure if these pants would fit. My weight is fluctuating right now with all the holidays good eats, that and i DO NOT USUALLY do good with ANYTHING that is "ONE SIZE FITS MOST", so i ordered only one pair. They not only fit but feel so comfy and I also got compliments. I am ordering more!!! They are so worth it!!! I do highly recommend!!! These are going to be my new go tos this winter!!!

jennjenn

👍 0      👎 0

★★★★★                                    12/21/2019

**fit perfectly**

I'm around 200lb and they fit me just right. they aren't even tight around the stomach where I carry all my weight. quality so far compares to a different brand I __ __ online competitor of WM.

★☆☆☆☆                                    12/21/2018

**Not overly happy.**

I ordered plus size for my sister. Every pair were given to my niece instead. Your "plus size" wouldn't fit anyone over 100 pounds. All the tags read "missy." They look great on my niece, but left me without a gift for my sister.

Melissa

👍 3      👎 0

★★★★★   **Verified Purchaser**              1/17/2021

Amanda

👍 0      👎 0

**Walmart+**

Ship free, no order min*

See all reviews

Sponsored

**Your money, simpiified.** Save, spend & grow your money - aii in one piace.    Get ONE

Best seller

$12.98

Terra & Sky Women's Plus Size High Waist Leggings

★★★★½ 195

2-day shipping

From $7.63

JMS by Hanes Women's Plus Size Lightweight Split V-neck Tunic Top

★★★★☆ 231

3+ day shipping

Best seller

From $10.00  $18.23

JMS by Hanes Women's Plus Size S

★★★½☆ 1065

3+ day shipping

$25.08                    $25.08                    $25.08

Woman Within Women's Plus Size Petite Stretch Cotton Printed Legging Legging

★★★★½ 1616

3+ day shipping

Woman Within Women's Plus Size Petite Stretch Cotton Printed Legging Legging

3+ day shipping

Woman Within Women's Plus Size Legging Legging

3+ day shipping



Ship free, no order min*



Sponsored

## Related pages

Women's Plus-size Workout Clothes

Women's Plus Size Basic Bottoms (Rule)

Womens Plus Size Basic Bottoms

Womens Plus Savings Pants & Leggings

Terra and Sky

Plus Size Workout Leggings

Plus Size Pants