# EXHIBIT V

**White Mark Leggings Purchased from Boscov's**

