# EXHIBIT X

**White Mark Leggings Purchased from Groupon**

