# EXHIBIT Z

**White Mark Leggings Purchased from Target**

