# EXHIBIT AA

Case 1:23-cv-07480-JPO   Document 1-27   Filed 08/28/23   Page 2 of 4

   

What can we help you find?

Target / Clothing, Shoes & Accessories / Women's Clothing / Bottoms / Leggings

Shop all White Mark

# Women's Plus Size Printed Leggings - One Size Fits Most Plus - White Mark







color  **black/white/red**



    

**Ship to 10157**    Edit location

Get it by Thu, Jun 15

Free shipping with RedCard or $35 orders -
Exclusions Apply.

This item isn't sold in stores

Qty  1  ∨          Add to cart

 **Sold and shipped by**
White Mark Universal

Report this item

 Not eligible for registries

 **Save 5% every day**
With RedCard

 **4 interest-free payments**
On orders over $35 with Sezzle



 

**Share your pic**



   

## Fit & style

- 90% Polyester / 10% Spandex

- Skinny

- Slim Fit.

- Model wears size One Size Fits Most - Plus Size and is 5'7"

## Description

High rise, elastic waistband for superior comfort. Made in a buttery soft stretchy spandex and polyester blend that moves with you. Skinny leg

Show more

# Your views