# EXHIBIT BB

**Eevee Leggings Purchased from Thread Habit Defendants**

