# EXHIBIT CC

FREE U.S. SHIPPING ON ORDERS $75+ | SHOP NOW PAY LATER WITH SEZZLE

Log in   or   Create account



Cart

Search

FREE U.S. SHIPPING ON ORDERS $75+ | SHOP NOW PAY LATER WITH SEZZLE

≡ Menu

🛒 Cart



SHOP BY SIZE ⌄          FAREWELL SPRING SALE          WHAT'S NEW ⌄

COLLECTIONS ⌄          CLOTHING ⌄          ACCESSORIES ⌄          SHOES

SALE ⌄          MADE TO ORDER GRAPHICS          PRE-ORDERS

Home    ›    Buttery Soft Snowflakes + Reindeer Holiday Print Leggings



Case 1:23-cv-07480-JPO    Document 1-29    Filed 08/23/23    Page 3 of 12

5/31/23, 4:59 PM









5/31/23, 4:59 PM





Get $10

Reviews

# Buttery Soft Snowflakes + Reindeer Holiday Print Leggings

## $20.00

or 4 interest-free payments of **$5.00** with  sezzle ⓘ

Shipping calculated at checkout.

Pay in 4 interest-free installments for orders over **$50.00** with shop Pay    Learn more

Size

OS Plus (14-22/24) ▲▼

Quantity

1

ADD TO CART

Buy with  Pay

More payment options

💖 You will fall in love with these super soft, stretchy leggings!! They feature an amazing high rise cut and how cute is the wintery snowflake + reindeer print for this Holiday season!

92% Polyester | 8% Spandex

Approximate Sizing: OS fits sizes 0-10/12 | OS Plus fits sizes 14-22/24

*Adrienne's Fit Notes: These are similar to our signature buttery soft leggings but do not have the wide yoga waistband. They are still a high rise cut and fit and feel amazing. Please check approximate sizing recommendation above.*

# Customer Reviews

No reviews yet Write a review

## Share this Product

 Share    Tweet     Pin it

★ ★ ★ ★ ★

Write a review

Be the first to write a review

## You may also like



**Buttery Soft Snowflake Print Leggings**

$20.00



**Buttery Soft Solid Leggings - Burgundy**

$20.00



## Buttery Soft Solid Leggings - Charcoal

$20.00



## Tie Dye Ponte Knit Pull-on Legging (Black)

$26.00

## Links

Search

About Us

5/31/23, 4:59 PM

Contact Us

FAQ

How Sezzle Works

Share and Earn Credit!

Shipping

Size Chart

Returns & Exchanges

Reviews

Need Help?

**Follow Us**

   

## Newsletter

Receive 15% Off your first order and gain exclusive early access to new arrivals, sales and more!

> Your email

> SUBSCRIBE

> Your email                                                                SUBSCRIBE

Copyright © 2023, Thread Habit. Powered by Shopify

