# EXHIBIT DD

## Eevee Leggings Purchased from Bravada

