# EXHIBIT EE

SEARCH

GIFT CERTIFICATES | MY ACCOUNT



0

ARRIVALS     LEGGINGS     PLUS SIZE LEGGINGS     EXTRA PLUS SIZE LEGGINGS     KIDS LEGGINGS     SPECIALTY LEGGINGS     ACTIVEWEAR

BOTTOMS     BASICS     TOPS     DRESSES     HANDBAGS     FACE MASKS

Home  >  Arrivals  >  Buttery Soft Snowflakes And Reindeer Christmas Leggings

## CATEGORIES

ARRIVALS

LEGGINGS

PLUS SIZE LEGGINGS

EXTRA PLUS SIZE LEGGINGS

KIDS LEGGINGS

SPECIALTY LEGGINGS

ACTIVEWEAR

BOTTOMS

BASICS

TOPS

DRESSES

HANDBAGS

FACE MASKS

## FEATURED PRODUCTS



**Buttery Soft Basic Solid Plus Size Leggings - EEVEE - 3 Inch**

### $20.95

 +8

CHOOSE OPTIONS





# BUTTERY SOFT SNOWFLAKES AND REINDEER CHRISTMAS LEGGINGS

☆☆☆☆☆     NO REVIEWS     WRITE A REVIEW

## $19.95

SKU:   REG-FULL-LD011-Reindeer-OSReg

- **Free Shipping on Orders Over $40** (USA Only)
- Ships Within 30 Minutes if Placed By 2:00 PST (Some Restrictions Apply)
- Ships from our Los Angeles Warehouse

**Size:** *

One Size Regular

**Color:** *

**Quantity:**

−   1   +

**ADD TO CART**

♥ ADD TO WISH LIST

DESCRIPTION | CUSTOMER REVIEW

Our Buttery Soft Snowflakes and Reindeer Christmas Extra Plus Size Leggings are like a cute holiday sweater for your legs. With an adorably festive design, these reindeer and snowflake print banded leggings will become your favorite Christmas season leg fashion staple. You'll love the comfort, flattering fit, and cute design that is perfect for anything from a casual day of holiday shopping to a fabulous Christmas party.

- **Imported**
- **Ideal for Sizes 0 - 10 (12 depending on body type)**
- **All Over Reindeer and Snowflake Fabric Design**
- **Ideal for Quick and Easy Outfits**
- **Full Length with Elastic Waist**
- **Super Soft Brushed Milk Silk Fabric**
- **92% Polyester 8% Spandex**
- **This model is wearing size ONE SIZE**
- **Measurements are 32B x 23 x 34 and height is 5' 8"**
- **Hand Wash, Professional Cleaning**
- **EEVEE**

❓ Have Questions? Ask an Experts

f ✉ 🖶 🐦 📌

Case 1:23-cv-07480-JPO    Document 1-31    Filed 08/23/23    Page 4 of 4

## RELATED PRODUCTS

Buttery Soft Icy Blue Christmas Reindeer Leggings

**$19.95**

Buttery Soft Snowflakes and Reindeer Christmas Plus Size Leggings

**$20.95**

Buttery Soft Snowflakes and Reindeer Christmas Extra Plus Size Leggings - 3X-5X

**$22.95**

Buttery S...
Sn...

### SHOP

ARRIVALS
LEGGINGS
PLUS SIZE LEGGINGS
EXTRA PLUS SIZE LEGGINGS
KIDS LEGGINGS
SPECIALTY LEGGINGS
ACTIVEWEAR
BOTTOMS
BASICS
TOPS
DRESSES
HANDBAGS
FACE MASKS
LOOKBOOK

### CUSTOMER SERVICE

SHIPPING
EXCHANGES
RETURNS
CUSTOMER SERVICE
MAKING CHANGES TO YOUR ORDER
TERMS AND CONDITIONS
PRIVACY POLICY
SITEMAP
XML SITEMAP
SIZE CHART

### INFORMATION

CREAMY SOFT LEGGINGS
WORLD OF LEGGINGS CEO
ABOUT US
GIFT CERTIFICATES
SITE MAP
CONTACT US
WHOLESALE LEGGINGS
USA FASHION

### STAY CONNECTED

**Newsletter Sign Up**

Your e...    SUBMIT





0.0 ★★★★★
No rating available



**BUTTERY SOFT SNOWFLAKES AND REINDEER CHRISTMAS LEGGINGS**
**$19.95**

−  1  +    CHOOSE OPTION