# EXHIBIT FF

**Leggings Depot Leggings Purchased from Jane Defendants**

