# EXHIBIT GG

