**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUST ONE LLC, a New York limited liability company, <br><br>                        Plaintiff, <br><br>      v. <br><br> WHITE MARK UNIVERSAL INC. et al, <br><br>                    Defendants. | Civil Action No.: 1:23-cv-7480-JPO |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Just One LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-captioned action against all Defendants in this action, namely, White Mark Universal Inc., Doron Hazut, Sigma Unlimited, Inc. dba Eevee, Sally K. Group, Inc. dba Leggings Depot, Yong Ju Kim, Kohl's, Inc., Kohl's Corporation, Belk, Inc.,  Penney OpCo LLC, Old COPPER Company, Inc., SnapCommerce Goods Inc. dba Super, Amazon.com Services LLC, Walmart Inc., Wal-Mart.com USA, LLC, Boscov's, Inc., Groupon, Inc., Target Corporation, Thread Habit, LLC, Adrienne Tucker, Bravada International, Ltd., Jane Marketplace, LLC, Machin Creations, Inc dba Cozi Bear Boutique, and John Does 1-20.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff Just One LLC
270 Madison Avenue, 8th Floor
New York, NY 10016
(212) 684-3900
mmisthal@grr.com
drodrigues@grr.com
pmonahan@grr.com

Dated: September 13, 2023          By:      _S/ Patrick B. Monahan_____
        New York, New York                  Marc P. Misthal (MM-6636)
                                             David Rodrigues (5099353)
                                             Patrick B. Monahan (PM-0712)