AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:23-cv-7480    DATE FILED 8/23/2023 | U.S. District Court for the Southern District of New York<br>500 Pearl Street, NY NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| JUST ONE LLC | WHITE MARK UNIVERSAL INC. et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-335-193 | RP-343 | Just One LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK RUBY J. KRAJICK | (BY) DEPUTY CLERK /S/ N. Dulal | DATE 09/15/2023 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUST ONE LLC, a New York limited liability company,<br><br>       Plaintiff,<br><br> v.<br><br>WHITE MARK UNIVERSAL INC. et al,<br><br>       Defendants. | Civil Action No.: 1:23-cv-7480-JPO |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Just One LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-captioned action against all Defendants in this action, namely, White Mark Universal Inc., Doron Hazut, Sigma Unlimited, Inc. dba Eevee, Sally K. Group, Inc. dba Leggings Depot, Yong Ju Kim, Kohl's, Inc., Kohl's Corporation, Belk, Inc.,  Penney OpCo LLC, Old COPPER Company, Inc., SnapCommerce Goods Inc. dba Super, Amazon.com Services LLC, Walmart Inc., Wal-Mart.com USA, LLC, Boscov's, Inc., Groupon, Inc., Target Corporation, Thread Habit, LLC, Adrienne Tucker, Bravada International, Ltd., Jane Marketplace, LLC, Machin Creations, Inc dba Cozi Bear Boutique, and John Does 1-20.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff Just One LLC
270 Madison Avenue, 8th Floor
New York, NY 10016
(212) 684-3900
mmisthal@grr.com
drodrigues@grr.com
pmonahan@grr.com

Dated: September 13, 2023          By:      _S/ Patrick B. Monahan_____
      New York, New York                    Marc P. Misthal (MM-6636)
                                  David Rodrigues (5099353)
                                  Patrick B. Monahan (PM-0712)

2